UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB BENJAMIN STERNBERG, et al.,

    Plaintiffs,

v.

TOWN OF DANVILLE, et al.,

    Defendants.

Case No.  15-cv-01878-SI  (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 20, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 13, 2016.

DESIGNATION OF EXPERTS: 7/1/16; REBUTTAL: 7/15/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 16, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 20, 2016;
    Opp. Due: June 3, 2016; Reply Due: June 10, 2016;
    and set for hearing no later than June 24, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 18, 2016 at 3:30 PM.

JURY TRIAL DATE: November 7, 2016 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case has been referred to the Court's ENE program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 7/22/15

SUSAN ILLSTON
United States District Judge