LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, DAVID LIVINGSTON, in his capacity as Sheriff of the County of CONTRA COSTA, JEFF KELLOGG, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, ANDREW BURNS, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, TOM ROSSBERG, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, MIKE JIMENEZ, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, and DOES 1 – 200, jointly and severally, <br><br> Defendants. | Case No.: 3:15-cv-01878-SI <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS TOWN OF DANVILLE AND COUNTY OF CONTRA COSTA <br><br> Judge:   Hon. Susan Illston <br><br> Action Filed: 04/27/2015 <br><br> Discovery Cut-Off: 05/13/16 <br> Pre-Trial Conference: 10/18/16 <br> Trial Date: 11/07/16 |

The parties, by and through their respective counsel of record, hereby stipulate that the hearing on the Motion to Dismiss First Amended Complaint by Defendants Town of Danville and County of Contra Costa, now set for October 30, 2015 at 9:00 a.m., be continued to December 4, 2015 at 9:00 a.m.

1      The continuance is necessary to accommodate Plaintiffs' counsel who will be out of town

2  on the presently set hearing date.

3  **IT IS SO STIPULATED.**

4

5  Dated: September 28, 2015                    LAW OFFICES OF PANOS LAGOS

6

7                                              /s/PANOS LAGOS
                                               Panos Lagos, Esq.
8                                              Attorneys for Plaintiffs,
                                               JACOB BENJAMIN STERNBERG,
9                                              ALAN MARK BISHOFF

10 Dated: September 28, 2015                    SHARON L. ANDERSON
                                               COUNTY COUNSEL
11

12

13                                             By:   /s/ D. CAMERON BAKER
                                                     D. CAMERON BAKER
14                                                   Deputy County Counsel
                                                     Attorneys for Defendant
15                                                   TOWN OF DANVILLE, COUNTY OF
                                                     CONTRA COSTA,
16                                                   JEFF KELLOGG,
                                                     ANDREW BURNS, TOM ROSSBERG
17                                                   and MIKE JIMENEZ

18                                         **ORDER**

19      Pursuant to the Stipulation of the parties,

20      IT IS ORDERED that the hearing on the Motion to Dismiss First Amended Complaint by

21 Defendants Town of Danville and County of Contra Costa, now set for October 30, 2015 at 9:00

22 a.m. be, and is hereby, continued to December 4, 2015 at 9:00 a.m.

23

24 **IT IS SO ORDERED.**

25

26 Dated:  9/29/15

27                                             HON. SUSAN ILLSTON,
                                               Senior District Judge
28

STIPULATION RE: HEARING – MOTION TO DISMISS FAC
*Sternberg, et al. v. Town of Danville, et al.*
USDC (N.D. Cal.) Case No.: 3:15-cv-01878-SI                                    2