SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for DEFENDANTS TOWN OF DANVILLE,
COUNTY OF CONTRA COSTA,
JEFF KELLOGG, ANDREW BURNS,
TOM ROSSBERG and MIKE JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, DAVID LIVINGSTON, in his capacity as Sheriff of the County of CONTRA COSTA, JEFF KELLOGG, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, ANDREW BURNS, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, TOM ROSSBERG, individually and in his capacity as a Law Enforcement for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, | No.  C15-01878 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE INDIVIDUAL DEFENDANTS' ATTENDANCE AT EARLY NEUTRAL EVALUATION<br><br>Crtrm:  10, 19th Floor<br>Judge: Hon. Susan Illston, Presiding<br>Date Action Filed:  April 27, 2015<br>Trial Date:    None Assigned |

Stipulation and [Proposed] Order re Individual Defendant's Attendance at Early Neutral Evaluation - Case No. C15-01878 SI

1

MIKE JIMENEZ, individually and in his capacity as a Law Enforcement Officer for the Town of Danville and/or in his capacity as a Deputy for the County of Contra Costa, and DOES 1-200, jointly and severally,

        Defendants.

Whereas the parties have elected to use the Early Neutral Evaluation alternative dispute resolution process;

Whereas, pursuant to the Court's rules, the attendance of all defendants is required, and

Whereas the parties agree that it would be a burden on the individual defendants to attend the Early Neutral Evaluation without any commensurate benefit to that process;

Therefore, the parties agreed as follows:

1. The individual defendants Jeff Kellogg, Andrew Burns, Tom Rossberg and Mike Jimenez are excused from attending the Early Neutral Evaluation.

DATED: November 19, 2015    SHARON L. ANDERSON
                                        COUNTY COUNSEL

                                        By:   */s/ D. Cameron Baker*
                                               D. CAMERON BAKER
                                               Deputy County Counsel
                                               Attorneys for Defendants
                                               TOWN OF DANVILLE,
                                               COUNTY OF CONTRA COSTA,
                                               JEFF KELLOGG, ANDREW BURNS,
                                               TOM ROSSBERG and MIKE JIMENEZ

DATED: November 19, 2015    By:   */s/ Panos Lagos*
                                               PANOS LAGOS, Esq.
                                               Attorney for Plaintiffs
                                               JACOB BENJAMIN STERNBERG
                                               and ALAN MARK BISHOFF

Stipulation and [Proposed] Order re Individual Defendant's Attendance at Early Neutral Evaluation - Case No. C15-01878 SI

2

ORDER

1. Pursuant to the Stipulation between the parties, the individual defendants Jeff Kellogg, Andrew Burns, Tom Rossberg and Mike Jimenez are excused from attending the Early Neutral Evaluation.

It is so Ordered.

Dated: 11/20/15              _____
                             HON. SUSAN ILLSTON,
                             United States Distict Court Judge

Stipulation and [Proposed] Order re Individual Defendant's Attendance at Early Neutral Evaluation - Case No. C15-01878 SI

3