LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF DANVILLE, TOWN OF DANVILLE POLICE DEPARTMENT, STEVE SIMPKINS, in his capacity as Chief of Police of the Town of Danville Police Department, JEFF KELLOGG, individually and in his capacity as a Police Officer for the Town of Danville Police Department, [Officer] BURNS, individually and in his capacity as a Police Officer for the Town of Danville Police Department, TOM ROSSBERG, individually and in his capacity as a Police Officer for the Town of Danville Police Department, MIKE JIMENEZ, individually and in his capacity as a Sergeant for the Town of Danville Police Department, and DOES 1 – 200, jointly and severally,<br><br>Defendants. | Case No.: 3:15-cv-01878-SI<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Susan Illston<br><br>Action Filed: 04/27/2015<br><br>Discovery Cut-Off: 05/13/16<br>Pre-Trial Conference: 10/18/16<br>Trial Date: 11/07/16 |

The parties, by and through their respective counsel of record, hereby stipulate to a continuance of the Case Management Conference currently set for January 22, 2016 to March 11, 2016, in order to provide sufficient time for the parties to memorialize the settlement reached during the January 6th Early Neutral Evaluation and for plaintiffs to file a dismissal, if appropriate.

**IT IS SO STIPULATED.**

Dated: January 21, 2016

LAW OFFICES OF PANOS LAGOS

/s/PANOS LAGOS
Panos Lagos, Esq.
Attorneys for Plaintiffs,
JACOB BENJAMIN STERNBERG,
ALAN MARK BISHOFF

Dated: January 21, 2016

SHARON L. ANDERSON
COUNTY COUNSEL

By: /s/D. CAMERON BAKER
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendants
TOWN OF DANVILLE, COUNTY OF CONTRA COSTA, JEFF KELLOGG, ANDREW BURNS, TOM ROSSBERG and MIKE JIMENEZ

**ORDER**

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Case Management Conference, now set for January 22, 2016 at 3:00 p.m. be, and is hereby, continued to March 11, 2016 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:____________________

____________________
HON. SUSAN ILLSTON,
Senior District Judge