LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq., SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiffs,
JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF

SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:     (925) 335-1800
Facsimile:      (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for DEFENDANTS TOWN OF DANVILLE,
COUNTY OF CONTRA COSTA,
JEFF KELLOGG, ANDREW BURNS,
TOM ROSSBERG and MIKE JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BENJAMIN STERNBERG, ALAN MARK BISHOFF,<br><br>     Plaintiffs,<br><br>v.<br><br>TOWN OF DANVILLE, TOWN OF DANVILLE POLICE DEPARTMENT, STEVE SIMPKINS, in his capacity as Chief of Police of the Town of Danville Police Department, JEFF KELLOGG, individually and in his capacity as a Police Officer for the Town of Danville Police Department, [Officer] BURNS, individually and in his capacity as a Police Officer for the Town of Danville Police Department, TOM ROSSBERG, individually and in his capacity as a Police Officer for the Town of Danville Police Department, MIKE JIMENEZ, individually and in his capacity as a Sergeant for the Town of Danville Police Department, and DOES 1 – 200, jointly and severally,<br><br>     Defendants. | Case No.: 3:15-cv-01878-SI<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP 41(a)(1)]<br><br>Judge:   Hon. Susan Illston<br><br>Action Filed: 04/27/2015 |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

**IT IS SO STIPULATED.**

Dated: February 12, 2016        LAW OFFICES OF PANOS LAGOS

*/s/PANOS LAGOS*
Panos Lagos, Esq.
Attorneys for Plaintiffs,
JACOB BENJAMIN STERNBERG,
ALAN MARK BISHOFF

Dated: February 16, 2016        SHARON L. ANDERSON
                                COUNTY COUNSEL

By:   */s/ D. Cameron Baker*
      D. CAMERON BAKER
      Deputy County Counsel
      Attorneys for Defendants
      TOWN OF DANVILLE, COUNTY OF
      CONTRA COSTA, JEFF KELLOGG,
      ANDREW BURNS, TOM ROSSBERG
      and MIKE JIMENEZ

## ORDER

Pursuant to the Stipulation of the parties,

**IT IS ORDERED** that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

Dated: 2/16/16

HON. SUSAN ILLSTON,
Senior District Judge

STIPULATION AND ORDER OF DISMISSAL
*Sternberg, et al. v. Town of Danville, et al.*
USDC (N.D. Cal.) Case No.: 3:15-cv-01878-SI                                    2